# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Melissa Wilson, | : | Civil Case No.1:25-cv-0030 |
| Plaintiff, | : | Judge: Pamela A. Barker |
| v. | : | |
| Sheriff J. Stephen Sheldon, *et al.*, | : | |
| Defendants. | : | |

## JOINT MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES

Now come Sheriff J. Steve Sheldon, Chief James Sweat, and Major Joseph Masi ("Defendants") and Plaintiff Melissa Wilson ("Plaintiff"), collectively referred to as the "Parties", and respectfully request the Court grant a brief extension of the discovery period from September 12, 2025 to October 27, 2025 and the dispositive motion deadline from October 24, 2025 to December 8, 2025 to allow the Parties sufficient time to complete depositions and submit their respective dispositive motions. No prior extensions have been requested, and this matter is not yet set for trial. The reasons for the extension are set forth below.

| | |
|---|---|
| *s/ Daniel T. Downey* | *s/) Rocky Ratliff (per email consent 9-9-25)* |
| Daniel T. Downey (0063753) | Ratliff Law Office |
| David C. Moser (0090834) | J.C. Ratliff (0027898) |
| Benjamin D. Humphrey (0093423) | Rocky Ratliff (0089781) |
| **FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLC** | 200 W. Center St. |
| 7775 Walton Parkway, Suite 200, New Albany, Ohio 43054 | Marion, Ohio 43302 |
| (614) 221-1216 – Telephone; (614) 221-8769 – Fax | P: (740) 383-6023 F: (740) 383-2066 |
| ddowney@fisheldowney.com | Email: attorney.ratliff@gmail.com |
| dmoser@fisheldowney.com | *Counsel for Plaintiff* |
| bhumphrey@fisheldowney.com | |
| *Counsel for Defendants Sheriff J. Steve Sheldon, Chief James Sweat, and Major Joseph Masi* | |

## **MEMORANDUM IN SUPPORT**

The Parties have exchanged written discovery containing a significant amount of discovery materials and have been working together to schedule depositions to gather the remaining information needed for dispositive motions. During the discovery period, the Parties also have other litigation involving the same parties, witnesses, and counsel before this District including *Collins v. Sheldon et al.*, Case No. 1:25-cv-25; *Spicer v. Sheldon et al.*, Case No. 1:25-cv-29; and *Zehner v. Sheldon*, Case No. 1:25-cv-24. Further, Plaintiff's counsel underwent a successful kidney transplant in July 2025. Accordingly, the Parties respectfully request the Court grant a brief extension of the discovery period from September 12, 2025 to October 27, 2025 and the dispositive motion deadline from October 24, 2025 to December 8, 2025 to allow the Parties sufficient time to complete depositions and submit their respective dispositive motions.

The Parties are currently scheduling depositions and, with this requested extension, will be able to complete discovery to submit their respective dispositive motions, to the extent they are filed. For these reasons, and with good cause shown, the Parties seek a brief extension to be able to complete discovery and file dispositive motions. This is a joint request and neither party is prejudiced by the extension. Further, granting of the request would not affect any matters relating to pre-trial or trial of this matter, as those dates are not yet set.

For these reasons, the Parties respectfully submit that good cause is shown and request that the Court grant the extension.

Respectfully Submitted,

<table>
<tr><td>

s/ Daniel T. Downey
Daniel T. Downey (0063753)
David C. Moser (0090834)
Benjamin D. Humphrey (0093423)
**FISHEL DOWNEY ALBRECHT**
**& RIEPENHOFF LLC**
7775 Walton Parkway, Suite 200
New Albany, Ohio 43054
(614) 221-1216 – Telephone
(614) 221-8769 – Fax
ddowney@fisheldowney.com
dmoser@fisheldowney.com
bhumphrey@fisheldowney.com
*Counsel for Defendants Sheriff J. Steve*
*Sheldon, Chief James Sweat, and Major*
*Joseph Masi*

</td><td>

s/ Rocky Ratliff (per email consent 9-9-25)
Ratliff Law Office
J.C. Ratliff (0027898)
Rocky Ratliff (0089781)
200 W. Center St.
Marion, Ohio 43302
P: (740) 383-6023 F: (740) 383-2066
Email: attorney.ratliff@gmail.com
*Counsel for Plaintiff*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing ***Joint Motion to Extend Discovery and Dispositive Motion Deadlines*** was electronically filed this 10th day of September 2025. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

> s/ Daniel T. Downey
> Daniel T. Downey (0063753)
> **FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLC**
> *Counsel for Defendants Sheriff J. Steve Sheldon,*
> *Chief James Sweat, and Major Joseph Masi*

3